UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NAVTEZ SINGH,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

No. 26-1281

Agency No.
A240-833-539

ORDER

Before:     SILVERMAN, WARDLAW, and CALLAHAN, Circuit Judges.

The request for an expedited ruling on the motion to stay removal (Docket Entry No. 17) is granted.

The motion to stay removal (Docket Entry Nos. 2 and 8) is also granted. *See Nken v. Holder*, 556 U.S. 418 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011).

CALLAHAN, Circuit Judge, Dissenting

Judge Callahan would deny the motion to stay removal.